IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 118-085 |
| | * | |
| KETO TYRE MORGAN | * | |

# O R D E R

Before the Court is now-*pro se* Defendant Keto Tyre Morgan's motion to quash.  (Doc. No. 32.)  Defendant filed his motion to challenge an encumbrance imposed on his inmate trust account to collect the outstanding balance of the fine imposed as part of his sentence.  The United States responded to the motion, stating that the Bureau of Prisons has removed the encumbrance from Defendant's account and requesting that the motion be dismissed as moot.  Upon the foregoing, Defendant's motion is **DISMISSED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE